**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOUIS NEWELL, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ENSIGN UNITED STATES DRILLING ) <br> (CALIFORNIA) INC., ) <br> ) <br> Defendant. ) <br> ) | Case No.: 1:19-CV-01314-LJO-JLT <br><br> **[PROPOSED] ORDER REITERATING APPROVAL FOR TELEPHONIC APPEARANCE** <br><br> (Doc. 6) |

Mr. Hefelfinger has filed a request to appear by telephone. The Court has already approved such appearances, provided counsel provides notice of the intent to do so. (Doc. 2 at 2). Thus, the Court **ORDERS**:

1. Plaintiff's counsel, Brian D. Hefelfinger, may appear at the Status Conference in the United States Courthouse located in Bakersfield, CA, at 9:00 p.m., by telephone on December 16, 2019.

The Court **WILL NOT** initiate the call to counsel. Rather, if Mr. Hefelfinger does not wish to appear in person at the hearing, he SHALL comply with the instructions set forth in its "Order Setting Mandatory Scheduling Conference." (Doc. 2 at 2)

IT IS SO ORDERED.

Dated:     **December 12, 2019**            **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE