Daniel J. Palay, SBN 159348
Brian D. Hefelfinger, SBN 253054
**PALAY HEFELFINGER, APC**
1746 S. Victoria Ave., Suite 230
Ventura, CA 93003
Telephone: (805) 628-8220
Facsimile:  (805) 765-8600
E-mail:  *bdh@calemploymentcounsel.com*
*Attorneys for Plaintiffs and the Putative Class*

David J. Cooper, SBN 47615
Vanessa Franco Chavez, SBN 266724
**KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP**
4550 California Ave., Second Floor
Bakersfield, CA 93309
Telephone:    661-395-1000
Facsimile:    661-326-0418
Email:    *dcooper@kleinlaw.com*
          *vchavez@kleinlaw.com*
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| LOUIS NEWELL, an individual, for himself and those similarly situated; MIGUEL CALDERON, an individual, for himself and those similarly situated,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>ENSIGN UNITED STATES DRILLING (CALIFORNIA) INC., a California corporation; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No.:  1:19-CV-01314-LJO-JLT<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER TO FILE THIRD AMENDED COMPLAINT**<br><br>(Doc. 13) |

　　　　Based upon the parties' stipulation, and good cause appearing, the Court **ORDERS**:

　　　　1.　　Plaintiff is granted leave to file a third amended complaint with the Court within

1

three court days;

    2.    Defendant shall file its responsive pleading no later than 30 from the filing of the third amended complaint.[1]

IT IS SO ORDERED.

    Dated: __**January 28, 2020**__           **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] The Court declines to address the other points raised in the stipulation as they appear to be an agreement between the parties, which does not require the Court's order. Also, the Court declines to make a finding as to the plaintiff's reasons for amending the complaint because it lacks the evidence for doing so.