Daniel J. Palay, SBN 159348
Brian D. Hefelfinger, SBN 253054
**PALAY HEFELFINGER, APC**
1746 S. Victoria Ave., Suite 230
Ventura, CA 93003
Telephone: (805) 628-8220
Facsimile:  (805) 765-8600
E-mail: *bdh@calemploymentcounsel.com*
Attorneys for Plaintiffs and the Putative Class

David J. Cooper, SBN 47615
Vanessa Franco Chavez, SBN 266724
Mayra Estrada, SBN 317178
**KLEIN, DENATALE, GOLDNER,**
**COOPER, ROSENLIEB & KIMBALL, LLP**
4550 California Ave., Second Floor
Bakersfield, CA 93309
Telephone:    661-395-1000
Facsimile:    661-326-0418
Email:        dcooper@kleinlaw.com
              vchavez@kleinlaw.com
Attorneys for Defendant, Ensign United States Drilling (California) Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| LOUIS NEWELL, an individual, for himself and those similarly situated; MIGUEL CALDERON, an individual, for himself and those similarly situated;<br><br>                    Plaintiffs,<br><br>    v.<br><br>ENSIGN UNITED STATES DRILLING (CALIFORNIA) INC., a California corporation; and DOES 1 through 100, inclusive,<br><br>                    Defendants. | Case No. 1:19-cv-01314-NONE-JLT<br><br>**STIPULATION TO CONTINUE DEADLINES [PROPOSED] ORDER**<br><br>Assigned to: none<br>Courtroom:<br>Complaint Filed:  6/22/15<br>Notice of Removal Filed:  9/19/19<br>Trial Date:  None Set |

TO ALL INTERESTED PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

Plaintiffs, Louis Newell and Miguel Calderon, and Defendant, Ensign United States Drilling (California) Inc., stipulate and agree, and seek a court order as follows:

I.   RECITALS

Counsel for the Parties attended a scheduling conference on December 16, 2019, after which the Court issued a Scheduling Order on December 17, 2019 and a Further Scheduling Order on December 19, 2019.

Pursuant to the Parties' stipulation, Plaintiffs filed a Third Amended Complaint on January 29, 2020, adding Plaintiff Miguel Calderon.

On February 28, 2020, Plaintiffs filed a Motion for an Order Conditionally Certifying Part of Case as a Fair Labor Standards Act "Collective Action" and to Provide Notice to Similarly-Situated Employees; Ensign filed its Opposition to Plaintiffs' motion on April 17, 2020; Plaintiffs Reply to Ensign's Opposition is due on April 24, 2020; the hearing on Plaintiffs' motion is set to be heard on May 1, 2020.

The Court's December 17, 2019 Scheduling Order and December 19, 2019 Further Scheduling Order require various future deadlines and hearings related to the management of this matter, including the following:

1. The Parties are required to file a Joint Mid-Discovery Status Conference Report regarding the discovery completed and any impediments to completing discovery by **May 1, 2020** (one week prior to the mid-discovery status conference);
2. A mid-discovery status conference is set for **May 8, 2020** at 8:30 a.m. before this Court;
3. Plaintiffs' motion for class certification shall be filed by **September 15, 2020**;
4. Defendant's opposition to the class certification motion shall be filed by **October 20, 2020**;
5. Plaintiffs' reply in support of the class certification motion shall be filed by **November 17, 2020**;
6. All non-expert discovery pertaining to the class certification motion and to the merits,

to the extent it overlaps with the class issues, shall be completed no later than **December 14, 2020**;

7. The hearing on Plaintiffs' class certification motion is set for **December 15, 2020** at 8:30 a.m. before this Court.

As discussed in the Parties' Joint Scheduling Conference Report, filed on December 9, 2019, Newell had proposed a renewed ADR effort and Ensign had agreed to meet and confer further regarding the appropriate time and conditions for a possible third mediation.

The Parties initially scheduled a third mediation on with Hon. Justice Stephen J. Kane (Ret.) for April 6, 2020.

Due to Covid-19 related domestic and international travel restrictions, health concerns, and related market instability, the Parties agreed to postpone the mediation. The Parties rescheduled the mediation for September 18, 2020 based on these concerns and availability of the mediator, counsel, and Parties.

Pursuant to the December 17, 2020 Scheduling Order, stipulations to amend the case schedule will only be entertained if filed at least one week before the first deadline the parties wish to extend, based on a showing of good cause and accompanied by affidavits or declarations.

As set forth in the stipulation below, the Parties seek to extend certain discovery, hearing, and filing deadlines until after the mediation on September 18, 2020. The first deadline the parties wish to extend is the deadline for filing a Joint Mid-Discovery Status Conference Report, currently due on May 1, 2020.

This Stipulation is supported by accompanying declarations setting forth reasons for rescheduling the mediation and demonstrating good cause that the continuance of discovery and class certification motion deadlines and hearings is essential to permit the Parties to meaningfully participate in mediation and that postponing mediation would better facilitate settlement of this action.

II.   STIPULATION REGARDING UPCOMING DEADLINES

Pursuant to the foregoing recitals, which are incorporated herein by this reference, and subject to the Court's approval, the Parties stipulate and agree as follows:

3

1. The hearing date for Plaintiff's Motion for an Order Conditionally Certifying Part of Case as a Fair Labor Standards Act "Collective Action" and to Provide Notice to Similarly-Situated Employees, currently set for May 1, 2020, and associated deadlines will remain on calendar;

2. The remaining deadlines set forth in the Court's Scheduling Orders will be postponed by six months, including the following:

    a. The Parties will file a Joint Mid-Discovery Status Conference Report by **October 1, 2020** (one week prior to the mid-discovery status conference), which will also provide an update to the Court regarding the status of the Parties' ADR efforts;

    b. A mid-discovery status conference currently set for May 8, 2020 will be rescheduled to **October 8, 2020** at 8:30 a.m. before this Court, or later date based on the Court's availability;

    c. Plaintiffs' motion for class certification shall be filed by **March 15, 2021**;

    d. Defendant's opposition to the class certification motion shall be filed by **April 20, 2021**;

    e. Plaintiffs' reply in support of the class certification motion shall be filed by **May 17, 2021**;

    f. All non-expert discovery pertaining to the class certification motion and to the merits, to the extent it overlaps with the class issues, shall be completed no later than **June 14, 2020**;

    g. The hearing on Plaintiffs' class certification motion currently set for December 15, 2020 will be rescheduled to **June 15, 2020** at 8:30 a.m. before this Court, or later date based on the Court's availability.

IT IS SO STIPULATED.

Date: April 24, 2020　　　　　　　　　　　　　　KLEIN, DENATALE, GOLDNER,
　　　　　　　　　　　　　　　　　　　　　　　　COOPER, ROSENLIEB & KIMBALL, LLP

By: /s/
VANESSA FRANCO CHAVEZ
Attorneys for Defendant, ENSIGN UNITED STATES DRILLING (CALIFORNIA) INC.

4

Date: April 24, 2020                                    PALAY HEFELFINGER, APC

By: /s/ Brian Hefelfinger
    BRIAN HEFELFINGER
    Attorneys for Plaintiff, LOUIS NEWELL,
    MIGUEL CALDERON, and the Putative Class

**[PROPOSED] ORDER**

1. The remaining deadlines set forth in the Court's December 17, 2019 and December 19, 2020 Scheduling Orders will be postponed by six months (180 days), including the following:

2. The Parties will file a Joint Mid-Discovery Status Conference Report by **October 1, 2020** (one week prior to the mid-discovery status conference), which will also provide an update to the Court regarding the status of the Parties' ADR efforts;

3. A mid-discovery status conference currently set for May 8, 2020 will be rescheduled to **October 8, 2020** at 8:30 a.m. before this Court;

4. Plaintiffs' motion for class certification shall be filed by **March 15, 2021**;

5. Defendant's opposition to the class certification motion shall be filed by **April 20, 2021**;

6. Plaintiffs' reply in support of the class certification motion shall be filed by **May 17, 2021**;

7. All non-expert discovery pertaining to the class certification motion and to the merits, to the extent it overlaps with the class issues, shall be completed no later than **June 14, 2020**;

8. The hearing on Plaintiffs' class certification motion currently set for December 15, 2020 will be rescheduled to **June 15, 2020** at 8:30 a.m. before this Court.

IT IS SO ORDERED.

Dated:   **April 29, 2020**                            **/s/ Jennifer L. Thurston**
                                                                                  UNITED STATES MAGISTRATE JUDGE