**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOUIS NEWELL,<br><br>   Plaintiff,<br>v.<br><br>ENSIGN UNITED STATES DRILLING (CALIFORNIA) INC.,<br><br>   Defendant. | Case No.: 1:19-CV-01314-NONE-JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT**<br><br>(Doc. 28) |

The parties report that they have settled the matter and indicate they will seek dismissal of the action soon. (Doc. 28) Thus, the Court **ORDERS**:

1. The motion for preliminary approval of the class and representative action **SHALL** be filed **no later than December 18, 2020**;

2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

   Dated:   **September 29, 2020**                 **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28