UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS NEWELL, an individual, for himself and those similarly situated; MIGUEL CALDERON, an individual for himself and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ENSIGN UNITED STATES DRILLING (CALIFORNIA) INC., a California corporation,<br><br>Defendant. | No.  1:19-cv-01314-NONE-JLT<br><br>ORDER DIRECTING THE FILING OF SUPPLEMENTAL BRIEFING REGARDING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>(Doc. No. 30.) |

Within fourteen (14) days from the date of this order, the parties are hereby ordered to file supplemental briefing addressing the impact of the recent Ninth Circuit decisions in *Mauia v. Petrochem Insulation, Inc.*, __ F.4th __, 2021 WL 3045400 (9th Cir. July 20, 2021), and *Newton v. Parker Drilling Management Services, Ltd.*, __ F. App'x __, 2021 WL 3011989 (9th Cir. July 15, 2021), on the pending motion to approve the parties' proposed class action settlement.  The parties may also provide any input they have as to how to now proceed in this case in light of those recent decisions.

IT IS SO ORDERED.

Dated:  __**July 23, 2021**__                               *Dale A. Drozd*
                                                                              UNITED STATES DISTRICT JUDGE

1